IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JEFFREY P. CONWAY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV-17-71-BMM-JTJ<br><br>**ORDER** |

I hereby recuse myself from the above-entitled cause.

DATED this 12th day of September, 2017.

_____
John Johnston
United States Magistrate Judge