UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JEFFREY P. CONWAY,<br><br>                   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                   Defendant. | Case No. CV-17-071-GF-JCL<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED, Defendant's Motion to Dismiss Petition is GRANTED, and this case is DISMISSED.

      Dated this 18th day of December, 2018.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Annie Puhrmann
                              Annie Puhrmann, Deputy Clerk